UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-1898 (MJD/SRN)

ENTERTAINMENT BY J&J, INC.,

Plaintiff,

v.

ORDER

MARGERETTA BELLA, ET AL.,

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction until May 10, 2002, to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 24, 2002

MICHAEL J. DAVIS
United States District Court Judge

FILED APR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK